**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.

ANTONIO HOLMES

CASE NO. 5:23-cr-78-JA-PRL-1
(11th Cir. Case No. 24-13537)

### ORDER CLARIFYING ELIGIBILITY FOR FEDERAL BENEFITS

This matter comes before the Court pursuant to the Eleventh Circuit's limited remand for clarification regarding whether the Court intended for Defendant/Appellant Antonio Holmes to remain eligible for federal benefits under 21 U.S.C. § 862(e). (*See* Doc. 96).

The Court has reviewed the record, including the Presentence Investigation Report (Doc. 68), Defendant's sentencing motion (Doc. 72), the Government's response and sentencing memorandum (Doc. 77), the sentencing transcript (Doc. 94), and the Judgment (Doc. 79). At sentencing, the Court considered Defendant's substantial cooperation with the Government and in-court testimony that contributed to the convictions in other matters.

Pursuant to 21 U.S.C. § 862(e), the statutory denial of federal benefits under Section 862(a) *"shall not apply to any individual who cooperates or testifies with the Government in the prosecution of a Federal or State offense."*

The record reflects that Mr. Holmes provided meaningful cooperation to the Government in its prosecution of other matters.

Accordingly, the Court hereby **clarifies that it is and was the intent of this Court that Defendant Antonio Holmes remain eligible for all federal benefits pursuant to 21 U.S.C. § 862(e).**

No denial of federal benefits was ordered or intended as part of the sentence imposed.

**DONE** and **ORDERED** on October 9th, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Eleventh Circuit Court of Appeals